Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOYCE LYNN BOBRYCKI MCCLUNG**, *individually and as executrix of the estate of Joseph R. McClung, Jr.*, <br><br> **Plaintiff,** <br><br> v. <br><br> **3M COMPANY,** *et al.*, <br><br> **Defendants.** | Civil Action No. 16-2301 (ES) (SCM) <br><br> ORDER |

**SALAS, DISTRICT JUDGE**

Before the Court are plaintiff Joyce Lynn Borbrycki McClung's ("Plaintiff") Objections (D.E. Nos. 150 & 151) to two Reports and Recommendations issued by the Honorable Magistrate Judge Steven C. Mannion (D.E. No. 147 (the "GE R&R"); D.E. No. 148 (the "Boeing R&R")); and the Court having considered the relevant submissions and having decided the motions without oral argument pursuant to Federal Rule of Civil Procedure 78(b); and for the reasons stated in the Court's accompanying Opinion;

IT IS on this 25th day of September 2019,

**ORDERED** that Plaintiff's Objections (D.E. Nos. 150 & 151) are DENIED; and it is further

**ORDERED** that the Court ADOPTS Judge Mannion's recommendations in the GE R&R (D.E. No. 147) and Boeing R&R (D.E. No. 148), modifying the R&Rs' analyses to comport with the Court's analysis in the accompanying Opinion; and it is further

**ORDERED** that General Electric Company's motion to dismiss for lack of personal jurisdiction (D.E. No. 35) is DENIED, but the claims against General Electric Company are SEVERED and are TRANSFERRED to the Southern District of West Virginia; and it is further

**ORDERED** that Boeing Company's motion to dismiss for lack of personal jurisdiction (D.E. No. 53) is DENIED, but the claims against Boeing Company are SEVERED and are TRANSFERRED to the District of Delaware; and it is further

**ORDERED** that the Clerk of Court TERMINATE docket entry numbers 147, 148, 150, and 151.

                                                  *s/Esther Salas*
                                                  **Esther Salas, U.S.D.J.**